## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  14-cr-00501-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  COREY BOMSTA,

     Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on April 2, 2015,

**IT IS ORDERED** that Defendant Corey Bomsta is sentenced to **time served**.

Dated:  April 2, 2015

                                        BY THE COURT:

                                        s/ Robert E. Blackburn
                                        ROBERT E. BLACKBURN,
                                        UNITED STATES DISTRICT JUDGE